**991** GIDDINGS vs. SECRETARY OF STATE, No. 12895; 93 M., 1; 16 L. R. A., 402.

To restrain respondent from causing notice of election of senators under Apportionment Act of 1891, and compel him to give such notice under Act of 1885.

Granted in part July 28, 1892.

**992** BOARD OF SUPERVISORS (Houghton) vs. SECRETARY OF STATE, No. 12884; 92 M., 638; 16 L. R. A., 432.

To compel respondent to cause notice of the election of two representatives from the County of Houghton, regardless of the division of the county by the Apportionment act of 1891, and to give the notice under the law of 1885.

Granted in part, and respondent directed to give notice under the law of 1881, July 28, 1892.

**993** ADSIT vs. SECRETARY OF STATE AND STATE BOARD OF CANVASSERS, No. 11721; 84 M., 420; 11 L. R. A., 534.

To compel the secretary of state to give notice of an election to fill a vacancy in the office of circuit judge, and the board of state canvassers to meet and examine the tabulated statement of the votes cast for such office and determine the result.

Granted February 5, 1891.

**994** HOPKINS vs. SECRETARY OF STATE, No. 15449.

To compel respondent to give notice for the election at the April election, of a circuit judge in the tenth judicial circuit, to fill a vacancy caused by resignation, refusal being upon the ground that a successor cannot be elected until November election, and in the meantime the vacancy may be filled by appointment by the governor.

Denied March 3, 1896, without costs.